UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) U.S.D.C. No. **08CR2618-BTM** |
| | ) |
| v. | ) <u>PROOF OF ELECTRONIC SERVICE</u> |
| | ) |
| ANDREW ERICKSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action and that my business address is 964 Fifth Ave. Ste. 320, San Diego, California, 92101-5008;

2) That I served the within <u>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE</u>, by causing to be delivered a copy thereof to the Office of the Clerk, United States District Court for the Southern District of California, 940 Front Street, San Diego, California, 92101, by posting in the U.S. Mails; and

3) That I caused service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

fred.sheppard@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2008 at San Diego, California.

s/Benjamin P. Lechman
BENJAMIN P. LECHMAN



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR 2648-BTM |
| Plaintiff, | ) | |
| | ) | CONSENT TO RULE 11 PLEA IN A |
| v. | ) | FELONY CASE BEFORE UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| ANDREW ERICKSON | ) | |
| Defendant. | ) | |

    I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

    I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

    I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

```
 1  Judge's findings and recommendation must be filed within 14 days
 2  of the entry of my guilty plea.
 3
 4
 5  Dated:  2-18-08              Andrew R. Erickson
 6                               Defendant
 7
 8
 9  Dated:  2-18-08              _____
10                               Attorney for Defendant
11
12      The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.
15
16                  Gun
17  Dated:  8/9/08               _____
18                               Assistant United States Attorney
```

K:\COMMON\CSA\forms\2005\consents.wpd