# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>         v.<br><br>ANDREW ERICKSON,<br><br>                                  Defendant. | CASE NO. 08cr2618-BTM<br><br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

The joint motion to continue the sentencing hearing in the above-referenced case [docket entry 61] is hereby GRANTED.  The sentencing is hereby continued from January 21, 2010 to February 10, 2010 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  January 20, 2010

Honorable Barry Ted Moskowitz
United States District Judge

08cr2618